02D01-2110-CT-000533　　　　　　　　　　　　　　　　Filed: 10/8/2021 10:04 AM
Allen Superior Court 1　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　Allen County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

MELISSA K. BENTON,　　　　　)
　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
EAR NOSE & THROAT　　　　)
ASSOCIATES, P.C.,　　　　　　)
　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　)

## COMPLAINT

The Plaintiff, Melissa K. Benton, alleges against Defendant that:

1. Plaintiff, Melissa K. Benton is a resident of Fort Wayne, Indiana and worked at Defendant Ear Nose & Throat Associates, P.C., from about October 10, 2011 through December 1, 2020, in Allen County in the state of Indiana.

2. Defendant Ear Nose & Throat Associates, P.C., ("ENT") is a professional corporation which does business at 10021 DuPont Cir. Ct., Fort Wayne, Indiana 46825. Its Registered Agent is Thomas W. Dumas, 10021 DuPont Cir. Ct., Fort Wayne, Indiana 46825.

3. Defendant is an employer for purposes of the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621 *et seq.*, ("ADEA") and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.*, ("ADA"), as amended by the ADAAA.

4. Plaintiff filed a Charge of Discrimination, No. 470-2021-01786 with the Equal Employment Opportunity Commission ("EEOC") on or about March 22, 2021, a copy of which is attached hereto, made apart hereof, and incorporated herein as

Exhibit A. The EEOC issued a Dismissal and Notice of Rights/Notice of Suit Rights on or about July 12, 2021 (Exhibit B), and this Complaint has been filed within ninety (90) days after receipt thereof.

5. Plaintiff contends that she was discriminated against and discharged on the basis of her age, her disability, and was retaliated against for engaging in the interactive process and requesting reasonable accommodations under the ADA, as is set forth in paragraphs I through VI of Charge No. 470-2021-01786, attached hereto and apart hereof as Exhibit A.

6. Defendant's excuse for terminating the Plaintiff was that she committed a HIPPA violations but the alleged "violation" was only technical as Plaintiff reviewing her husband's records at her husband's request (Plaintiff was an approved individual allowed to examine her husband's records at ENT). Plaintiff's review of her husband's records at his request was at best a technical violation of HIPPA and not substantive. Plaintiff contends that this reason was false and pretextual and that other non-disabled employees who have committed similar or worse HIPPA violations were not terminated and were treated preferentially.

7. As a direct and proximate result of Plaintiff's discriminatory and retaliatory termination on December 1, 2020, Plaintiff lost her job and job-related benefits including income. Plaintiff suffered, and continues to suffer from, financial distress, emotional distress, mental anguish, humiliation, embarrassment, inconvenience, back pay, front pay, and other damages and injuries.

8. The actions of the Defendant were intentional and in reckless disregard of

Plaintiff's federally protected civil rights under the ADA and the ADEA.

9. Plaintiff requests punitive damages under the ADA and liquidated damages under the ADEA.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for pecuniary damages, compensatory damages, liquidated damages under the ADEA, punitive damages under the ADA, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Indiana Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS ♦ SMITH ♦ WALLACE, LLP**

/s/*Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Attorney for Plaintiff*

3

03:01:43 p.m. 03-22-2021    5

MAR/22/2021/MON 03:46 PM

02D01-2110-CT-000533
Allen Superior Court 1
FAX No.

Filed: 10/8/2021 10:04 AM
Clerk
Allen County, Indiana

...Employment Opportunity Commission
Indianapolis District Office
RECEIVED 03/22/2021

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2021-01786 |
|---|---|---|

Equal Employment Opportunity Commission   and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Melissa K. Benton | (260) 580-7546 | ▇▇▇▇▇ |

| Street Address | City, State and ZIP Code |
|---|---|
| 2618 Lavender Drive | Fort Wayne, Indiana 46818 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Ear Nose & Throat Associates, P.C. | 100+ | (260) 426-8117 |

| Street Address | City, State and ZIP Code |
|---|---|
| 10021 Dupont Circle Court | Fort Wayne, Indiana 46825 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE (59 years old)   ☒ (ADA) DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12/1/2020    Latest: 12/1/2020
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. Complainant Melissa K. Benton claims that she was discharged and retaliated against and terminated on the basis of her disability (hearing impairment) and her age (59 years old at time of termination), in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 et. seq. ("ADA") and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et. seq. ("ADEA"). Complainant was a fifty-nine (59) year-old hearing-impaired employee of Respondent Ear Nose & Throat Associates P.C., who was terminated for the pretextual reason of violating HIPAA for referencing her husband's chart at work at his direction and with his permission (there was a signed authorization in husband's chart). The real reason Complainant was terminated was because she was hearing impaired and wears a cochlear implant for her left ear, and because she had hard time listening/understanding, and she requested and was provided the reasonable accommodation of not having to be at the front desk because of the mandatory requirement of clients/patients using COVID-19 masks which made it almost impossible for her to listen to or understand their requests. So, Complainant was put into a less busy environment in August/September of 2020 until her termination on December 1, 2020.

II. The Respondent is Ear Nose & Throat Associates, P.C., a company doing business at 10021 Dupont Circle Court, Fort Wayne, Indiana 46825. Respondent is an "employer" for purposes of the ADA and the ADEA.

III. A similarly situated individual accused of real/actual HIPAA violations was not similarly terminated as was the Complainant, who actually had authority from her patient/husband to access his chart. However, this similarly situated person, "Deb" was not elderly and was not hearing

Continued on Page 2

EXHIBIT A

impaired as was the Complainant. Complainant received unemployment compensation benefits, and the respondent did not dispute these benefits. Complainant was a loyal nine (9) year employee since October of 2011 and had no reprimands or disciplinary actions and did nothing to warrant summary discharge. Furthermore, Complainant's termination was in violation of Respondent's Compliance Policy. Complainant was the Cochlear Implant Program Coordinator, as well as the Administrator for a hearing charity prior to ENT Associates. Respondent's disciplinary policy usually requires an investigation and a discussion with the Compliance Officer, and then a warning prior to termination. But Complainant was never warned. Complainant's direct supervisor, Director of Audiology, told Complainant and admitted to her that she could not understand why her termination was handled in this way. Complainant also had a conversation with the CEO (Holly Thompson) begging her to let her keep her job as her husband is no longer able to work and that she needed the income. Ms. Thompson indicated, "I'm sorry, it's the law."

IV.  As a direct and proximate result of Complainant's discriminatory and retaliatory firing (for reasons motivated by her age and her disability and because she had engaged in the interactive process and had requested and obtained reasonable accommodations), Complainant lost her job and job-related benefits including income. Complainant seeks compensatory damages for backpay, front pay, emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries. Because Respondent acted intentionally and in reckless disregard of Complainant's federally protected civil rights, Complainant seeks punitive damages.

V.  Complainant would prefer to be reinstated with the Respondent and to obtain her previous position back.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/22/2021   Melissa K. Benton
Date         Charge Party Signature

NOTARY – When necessary for State and Local Agency Requirements
Lori K Kolb

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
Melissa K. Benton

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
3-22-2021

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires 29 2024

02D01-2110-CT-000533

Filed: 10/8/2021 10:04 AM
Clerk
Allen County, Indiana

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Melissa K. Benton
2618 Lavender Drive
Fort Wayne, IN 46818

From: Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-01786 | Frederick J. BruBaker, Enforcement Supervisor | (463) 999-1148 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Michelle Eisele *(signature)*

07/12/2021

Enclosures(s)

Michelle Eisele,
District Director

(Date Issued)

cc: EAR, NOSE & THROAT ASSOCIATES, P.C.
c/o Timothy A. Manges
FLETCHER VAN GILDER LLP
436 East Wayne Street
Fort Wayne, IN 46802

Christopher C. Myers
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802



EXHIBIT B