UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MELISSA K. BENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-cv-00407-WCL-SLC |
| | ) |
| EAR NOSE & THROAT ASSOCIATES, P.C., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Melissa K. Benton, and Defendant, Ear Nose & Throat Associates, P.C., having reached a resolution, stipulates to the dismissal of this matter with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| *s/ Christopher C. Myers*<br>Christopher C. Myers<br>Ilene M. Smith<br>CHRISTOPHER C. MYERS<br>& ASSOCIATES<br>809 S. Calhoun Street<br>Suite 400<br>Fort Wayne, IN 46802<br>Telephone: (260) 424-0600<br>Facsimile: (260) 424-0712<br>*cmyers@myers-law.com*<br>*ismith@myers-law.com*<br><br>*Counsel for Plaintiff* | *s/ Scott James Preston*<br>Scott James Preston, Attorney No. 25436-49<br>Kate E. Trinkle, Atty. No. 36089-49<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>111 Monument Circle, Suite 4600<br>Indianapolis, Indiana 46204<br>Telephone: (317) 916-1300<br>Facsimile: (317) 916-9076<br>*scott.preston@ogletreedeakins.com*<br>*kate.trinkle@ogletreedeakins.com*<br><br>*Counsel for Defendant* |

49762021.1